The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANCE P. McDERMOTT, | ) |
| Plaintiff, | ) NO. C09-1008-RAJ |
| v. | ) **DECLARATION OF** |
| | ) **KRISTIN B. JOHNSON** |
| JOHN P. POTTER, Postmaster General United States Postal Service, et. al., | ) |
| Defendants. | ) |

Kristin B. Johnson, being duly sworn, does hereby swear and affirm:

1. I am an Assistant United States Attorney for the Western District of Washington. I am the attorney assigned to represent the interests of the United States of America in the above-captioned case.

2. The parties made a good faith attempt to meet and confer pursuant to Rule 26(c), in an effort to resolve the discovery dispute without court action.

3. On March 29, 2010, I spoke directly with Plaintiff Lance McDermott over the telephone. Mr. McDermott is proceeding *pro se* in this matter. I requested that Mr. McDermott agree to a stay of the deadlines in this case pending a ruling on Defendants' dispositive motion. Mr. McDermott declined to agree to any stay of any deadlines.

4. The parties were not able to reach an agreement on this issue without Court intervention.

DECLARATION OF KRISTIN B. JOHNSON - 1
(C09-1008-RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing
2   is true and correct.
3   EXECUTED this 29th day of March, 2010.
4
5   /s Kristin B. Johnson
    KRISTIN B. JOHNSON, WSBA #28189
6   Assistant United States Attorney
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF KRISTIN B. JOHNSON - 2
(C09-1008-RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970