THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LANCE MCDERMOTT,

          Plaintiff,

   v.

JOHN P. POTTER, et al.,

          Defendants.

NO. 09-1008RAJ

ORDER

The court is aware that the Plaintiff has filed a motion for leave to amend his complaint (Dkt. # 31). Two days before this motion was filed, however, the court granted the Defendants' motion to dismiss. *See* Order (Dkt. # 29). Therefore, this case has been closed, and the clerk is directed to TERMINATE the Plaintiff's motion (Dkt. # 31).

DATED this 26th day of May, 2010.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1